**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00076-CV**
_____

**IN RE GOLDSTAR AMUSEMENT, INC.**

_____

**Original Proceeding**
**172nd District Court of Jefferson County, Texas**
**Trial Cause No. E-0209867**

_____

**MEMORANDUM OPINION**

Goldstar Amusement, Inc. filed a mandamus petition to compel the trial court to vacate its February 19, 2024 order compelling production of documents. We stayed the challenged document production in the trial court and requested a response from the Real Party in Interest.

On May 2, 2024, Relator filed an unopposed motion to dismiss this mandamus proceeding. Relator informs the Court that the parties have resolved the underlying dispute and action below with all parties. We grant the motion, lift our stay order of March 1, 2024, and dismiss this original proceeding without reference to the merits.

1

PETITION DISMISSED.

PER CURIAM

Submitted on April 1, 2024
Opinion Delivered May 23, 2024

Before Golemon, C.J., Johnson and Wright, JJ.